UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JESSIE SHANNON TERRY                    CIVIL ACTION NO. 08-cv-1306

VERSUS                                  JUDGE HICKS

BOSSIER MEDIUM SECURITY                 MAGISTRATE JUDGE HORNSBY
FACILITY, ET AL

**O R D E R**

Before the Court is the Defendants' Motion for Summary Judgment. Magistrate Judge Hornsby has filed a Report and Recommendation recommending that the Motion be denied. Defendants' have filed objections stating that the de minimus nature of the injuries mandates an entry of summary judgment in their favor. The Fifth Circuit no longer only looks to the injury alone in making a determination of whether the Eighth Amendment has been violated. "[T]he settled rule [is] that 'the unnecessary and wanton infliction of pain ... constitutes cruel and unusual punishment forbidden by the Eighth Amendment.' " Hudson v. McMillian, 503 U.S. 1, 5 (1992) (citation omitted); see also Gomez v. Chandler, 163 F.3d 921 (5th Cir. 1999) (noting that a more than de minimis injury may not be required to state a claim under the Eighth Amendment). In the context of an allegation of the use of excessive force by a prison official, "the core judicial inquiry is ... whether force was applied in a good-faith effort to maintain or restore discipline, or maliciously and sadistically to cause harm." Id. at 7. ("In determining whether the use of force [by a prison guard] was wanton and unnecessary," the court considers "the extent of [the] injury suffered," "the need for [the] application of force,

the relationship between that need and the amount of force used, the threat reasonably perceived by the responsible officials, and any efforts made to temper the severity of a forceful response.") (citation omitted). Here, plaintiff has presented competent summary judgment evidence in the form of a signed affidavit creating an issue of material fact regarding whether the actions of the officers were malicious and sadistic. This is enough to overcome Summary Judgment under Fifth Circuit precedent.

Therefore, for the reasons stated above as well as the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 27)** filed by Defendants is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of January, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE