UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JESSIE SHANNON TERRY          CIVIL ACTION NO. 08-cv-1306

VERSUS          JUDGE HICKS

BOSSIER MEDIUM SECURITY          MAGISTRATE JUDGE HORNSBY
FACILITY, ET AL

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims against the remaining defendants be **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22nd day of November, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE